Motion Granted; Appeal Dismissed and Memorandum
Opinion filed March 1, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01114-CV

____________

 

FINGER ENTERPRISES, aka SABO VILLAGE, LTD, MEMORIAL
CREOLE APARTMENTS JOINT VENTURE, YORKTOWN CREOLE APARTMENTS, LTD, and MARVEY
FINGER, TRUSTEE, Appellants

 

V.

 

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

 



 

On Appeal from the 190th District Court

Harris County, Texas

Trial Court Cause No. 2009-59873

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 11 , 2010.  On February 22, 2011, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Frost and Christopher.